■ In the Matter of WESTCHESTER COUNTY, Respondent, v WESTCHESTER COUNTY CORRECTION OFFICERS BENEVOLENT ASSOCIATION, INC., Appellant. [699 NYS2d 877] —Appeal by Westchester County Correction Officers Benevolent Association, Inc. from an order of the Supreme Court, Westchester County (Nicolai, J.), entered September 21, 1998.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Ritter, J. P., Sullivan, Goldstein and H. Miller, JJ., concur.